FILED AT 4:09 O'CLOCK P M

MAY 20 2015

ELOY R. GARCIA
DISTRICT CLERK, STARR COUNTY
BY _____ DEPUTY

COURT OF APPEALS
SAN ANTONIO, TEXAS
06/2015 10:53:37 AM
KEITH E. HOTTLE
Clerk

CAUSE NO. 14-CRS-372

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 229TH JUDICIAL |
| | § | |
| VS | § | DISTRICT COURT OF |
| | § | |
| JUAN RUBEN SANCHEZ CERDA | § | STARR COUNTY, TEXAS |

## DEFENDANT'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES JUAN RUBEN SANCHEZ CERDA, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the 229th District Court of Starr County, Texas from the judgment entered on April 22, 2015.

Respectfully,

ALVAREZ LAW FIRM
501 N. Britton Ave.
Rio Grande City, Texas 78582
(956) 487-4871
(956) 487-7521 fax

By: _____
J.M. "CHUY" ALVAREZ
State Bar No. 01126960

## CERTIFICATE OF SERVICE

I, **J.M. "CHUY" ALVAREZ,** hereby certify that a true and correct copy of

**DEFENDANT'S NOTICE OF APPEAL** was personal delivery to the Starr County Courthouse

at 401 N. Britton Ave., Rio Grande City, TX 78582.

J.M. "CHUY" ALVAREZ